UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No: 07 Civ. 8676 (RJH)

MIRNA E. MARTINEZ-SANTIAGO,

                        Plaintiff,                  AFFIDAVIT OF
                                                                     PERSONAL SERVICE

    -against-

ZURICH NORTH AMERICA
INSURANCE CO. ZURICH
AMERICAN INSURANCE GROUP

                        Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF NEW YORK  )

      **Frank Villa**, being duly sworn deposes and says:

1)     I am over 18 years of age, not a party of this action and am associated with the Law Offices of Lee Nuwesra.

2)    On December 20, 2007, at 12:00 p.m., I personally served a copy of the AMENDED SUMMONS IN A CIVIL ACTION and VERIFIED AMENDED COMPLAINT upon **ZURICH NORTH AMERICA INSURANCE CO.**, located at 1 Liberty Plaza, New York, N.Y. 10006. Receptionist Sylvia Romero, accepted service on Defendant's behalf. Description: Female, Light Skinned Hispanic, Black hair, 25-30 years of age, approximately 5 feet 4 inches tall, approximately 145 pounds and wearing glasses.

                                                       _____
                                                       Frank Villa

Sworn to before me
This 27th day of December 2007

_____
NOTARY PUBLIC

LEE NUWESRA
Notary Public, State of New York
No. 02NU5028142
Qualified in ~~New York County~~ Westchester County
Commission Expires May 23, 2010