UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MIRNA E. MARTINEZ-SANTIAGO,

                        Plaintiff,

-against-

ZURICH NORTH AMERICA
INSURANCE CO. ZURICH
AMERICAN INSURANCE GROUP

                        Defendant.
--------------------------------------------------------X

Case No: 07 Civ. 8676 (RJH)

NOTICE OF APPEARANCE

RECEIVED
DEC 1 9 2007
U.S.D.C. S.D. N.Y.
CASHIERS

PLEASE TAKE NOTICE that Pro-Se Plaintiff, MIRNA E. MARTINEZ-SANTIAGO, hereby appears in the above captioned action by her attorney, LEE NUWESRA, ESQ.

DATED:     New York, New York
               December 19, 2007

                                                 Sincerely,

                                           By: _____
                                           Lee Nuwesra (LN 5851)
                                           Law Offices of Lee Nuwesra
                                           Attorney for Plaintiff
                                           Mirna E. Martinez-Santiago
                                           60 East 42nd Street, Suite 838
                                           New York, New York 10017
                                           (212) 682-0655