UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X                    ECF CASE

MIRNA E. MARTINEZ-SANTIAGO,                                  Case No: 07 Civ. 8676 (RJH)

                              Plaintiff,                      **AFFIDAVIT OF**
                                                      **PERSONAL SERVICE**

   -against-

ZURICH NORTH AMERICA
INSURANCE CO. ZURICH
AMERICAN INSURANCE GROUP

                              Defendant.
------------------------------------------------------------X

STATE OF NEW YORK   )
                              )ss:
COUNTY OF NEW YORK )

      **Suburwa Marshall**, being duly sworn deposes and says:

1)    I am over 18 years of age, not a party of this action and am associated with the Law Offices of Lee Nuwesra.

2)    On January 10, 2008, at 1:08 p.m., I personally served a copy of the AMENDED SUMMONS IN A CIVIL ACTION and VERIFIED AMENDED COMPLAINT, in this action, upon **THE NEW YORK CITY CORPORATION COUNSEL**, located at 100 Church Street, 4th Floor, New York, N.Y. 10007.

                                                                  _Suburwa Marshall_

Sworn to before me
This 15th day of January 2008

_____
**NOTARY PUBLIC**

LEE NUWESRA
Notary Public, State of New York
No. 02NU5028142
Qualified in Westchester Cty.
Commission Expires May 23, 2010