JAN-09-2008 10:26 From:  To:1 212 202 5371  P.2/2
2008-01-08  04:33pm  From-LITTLER MENDELSON  T-140  P 002/002  F-435

LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
Zurich North America Insurance Co.
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600



RECEIVED JAN - 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRNA E. MARTINEZ-SANTIAGO, <br><br> Plaintiff, <br><br> -against- <br><br> ZURICH NORTH AMERICA INSURANCE CO., <br><br> Defendant. | INDEX NO.: 07-8676 (RJH) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Miranda E. Martinez-Santiago ("Plaintiff") and Zurich North America Insurance Co. ("Defendant"), that the time for Defendant to answer, move or otherwise respond to the Complaint is extended through and including February 15, 2008. Defendant waives its defense, if any, pursuant to Fed.R.Civ.P. 12(b)(5). This is the first extension of Defendant's time to answer, move or otherwise respond to the Complaint.

SO STIPULATED

By: _Lee Nuwesra  1-9-08_
Lee Nuwesra (LN-5851)
60 East 42nd Street, Suite 838
New York, New York 10017
(212) 682-0655

Counsel for Plaintiff

Dated: 1/16/08

By: _[signature]_
Gregory Reilly (GR-6189)
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-2681

Counsel for Defendant

Dated: 01.09.08

SO ORDERED: _Loretta A. Preska_, J.

DATE: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08