**LITTLER MENDELSON**
A Professional Corporation
Gregory B. Reilly (GR-6189)
Attorneys for Defendant
Zurich American Insurance Company
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRNA E. MARTINEZ-SANTIAGO,<br><br>　　　　Plaintiff,<br><br>-against-<br><br>ZURICH NORTH AMERICA INSURANCE CO.,<br><br>　　　　Defendant. | Index No. 07-8676 (RJH)<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Defendant Zurich American Insurance Company (incorrectly sued as "Zurich North America Insurance Co."), by and through its undersigned counsel, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and asserts as follows:

　　　　Zurich American Insurance Company is 100% owned by Zurich Holding Company of America, Inc. Neither is publicly traded. Zurich Holding Company of America, Inc. is 99.87% owned by Zurich Insurance Company and 0.13% owned by Crown Management Services Limited. Zurich Insurance Company is owned 100% by Zurich Group Holding. Zurich Group Holding is owned 57% by Zurich Financial Services and 43% by Allied Zurich PLC. Allied

Zurich PLC is owned by Zurich Financial Services, which is publicly traded in Switzerland (but not in the United Sates).

LITTLER MENDELSON, P.C.

By: _____
Gregory B. Reilly (GR-6189)
Attorneys for Defendant
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

Dated: February 15, 2008