UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MIRNA E. MARTINEZ-SANTIAGO,          : 07 Civ. 8676 (RJH) (JCF)
                                      :
                Plaintiff,            :   O R D E R
                                      :
    - against -                       :
                                      :
ZURICH NORTH AMERICA INSURANCE CO.,   :
ZURICH AMERICAN INSURANCE GROUP,      :
                                      :
                Defendants.           :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

    Plaintiff having obtained counsel, it is hereby ORDERED that all further submissions be filed electronically pursuant to the Court's ECF program.

    SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 10, 2008

Copies mailed this date:

Lee S. Nuwesra, Esq.
Law Offices of Lee Nuwesra
60 East 42nd Street, Suite 838
New York, New York 10017

Gregory B. Reilly, III, Esq.
Littler Mendelson PC
One Newark Center, 8th Floor
Newark, New Jersey 07102