UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**MIRNA E. MARTINEZ-SANTIAGO**

        Plaintiff,

    -against-                        07 CIVIL 8676 (RJH)(JCF)

**ZURICH NORTH AMERICA INSURANCE CO.**
**ZURICH AMERICAN INSURANCE GROUP**
        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Lee Nuwesra, Esq. Attorney for Plaintiff**

- [x] *Attorney*

  - [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    **LN 5851**

  - [ ] I am a Pro Hac Vice attorney

  - [ ] I am a Government Agency attorney

- [x] *Law Firm/Government Agency Association*

  From: **Law Offices Of Lee Nuwesra**

  To: **Law Offices Of Lee Nuwesra**

  - [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  - [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- [x] *Address:* **1623 Unionport Road, Suite 101, Bronx, N.Y. 10462**

- [x] *Telephone Number:* **(718) 942-4294**

- [x] *Fax Number:* **(718) 942-4295**

- [x] *E-Mail Address:* **lnuwesra@optonline.net**

Dated: 3-21-2008                    */s/ Lee Nuwesra*