LITTLER MENDELSON
A Professional Corporation
Gregory B. Reilly (GR-6189)
Cassaundra L. Manning (CM-1928)
Attorneys for Defendant
Zurich American Insurance Company
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MIRNA E. MARTINEZ-SANTIAGO, <br><br>    Plaintiff, <br><br> -against- <br><br> ZURICH NORTH AMERICA INSURANCE CO., <br><br>    Defendant. | INDEX NO.: 07-8676 (RJH) <br><br> ~~PROPOSED~~ JOINT <br> SCHEDULING ORDER |
|---|---|

Pursuant to Rule 26(f) and the Individual Practices of Judge Richard J. Holwell, the parties in the above-captioned matter hereby submit the following Joint Scheduling Order for the Court's review:

**A.   DESCRIPTION OF THE CASE**

    i.    <u>Attorneys of Record</u>:

        Gregory B. Reilly (GR-6189)        Lee Nuwesra (LN-5851)
        Cassaundra L. Manning (CM-1928)    Attorney for Plaintiff
        Attorneys for Defendant              1623 Unionport Road
        885 Third Avenue, 16th Floor        Suite 101
        New York, New York 10022          Bronx, New York 10462
        (212) 583-9600                        (718) 942-4294

ii. <u>Basis for Federal Jurisdiction</u>:

Alleged federal question jurisdiction pursuant to Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. §2000(e) *et seq.* ("Title VII") and supplemental jurisdiction over Plaintiff's statutory state and city legal claims pursuant to 28 U.S.C §1367 (a).

iii. <u>Brief Statement of Claims/Counterclaims</u>:

Plaintiff Mirna E. Martinez-Santiago ("Plaintiff") is a former employee of Defendant Zurich American Insurance Company, incorrectly sued as Zurich North America Insurance Co. ("Zurich"). Plaintiff alleges that Zurich discriminated against her on the basis of her race and/or color and engaged in retaliation in violation of Title VII, the New York State Human Rights Law, Executive Law § 290 *et seq.* (the "NYSHRL") and the New York City Human Rights Law, Administrative Code, § 8-101 *et seq.* (the "NYCHRL"). Zurich has asserted no counterclaims.

iv. <u>Major Factual and Legal Issues</u>:

The major factual and legal issue is whether Zurich discriminated and/or retaliated against Plaintiff when it allegedly treated her differently than other similarly situated employees in refusing to permit her to work from home (rather than working in Zurich's offices).

v. <u>Relief Sought</u>:

Plaintiff seeks the following relief: (a) a declaratory judgment that Zurich violated Plaintiff's civil rights under applicable law; (b) injunctive relief enjoining Zurich from discriminating against other employees and monitoring of Zurich's employment practices; (c)

2

back pay; (d) compensatory damages for pain and suffering; (e) punitive damages; and (f) attorneys' fees and costs.

B.    PROPOSED CASE MANAGEMENT PLAN

    i. Identify all pending motions – NONE

    ii. Proposed cutoff date for joinder of additional parties - June 2, 2008

    iii. Proposed cutoff date for amendments to pleadings – June 2, 2008

    iv. Proposed schedule for completion of discovery:

        (a) Rule 26(a)(1) disclosures – April 16, 2008

        (b) Fact discovery completion date – September 30, 2008

        (c) Rule 26(a)(2) disclosures – October 31, 2008 for Plaintiff and December 5, 2008 for Defendant

        (d) Expert discovery completion date (including delivery of expert reports) – January 1, 2009

    v. Proposed date for filing dispositive motions – October 31, 2008

    vi. Proposed date for final pre-trial order – 60 days after the Court's ruling on dispositive motions

    vii. Trial schedule –

        (a) Jury trial requested – YES

        (b) Probable length of trial – One week (probably less)

        (c) Estimated date when case trial ready -- January 30, 2009.

C. **CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

The parties' counsel are conferring with their clients on this issue.

D. **STATUS OF SETTLEMENT DISCUSSIONS**

The parties' counsel are conferring with their clients on this issue. Plaintiff's counsel will make a demand upon Zurich's counsel. There were prior (unsuccessful) settlement negotiations prior to Plaintiff retaining counsel.

By: _____
Lee Nuwesra (LN-5851)
1623 Unionport Road, Suite 101
Bronx, New York 10462
(718) 942-4294

Counsel for Plaintiff

Dated: 3/27/08

By: _____
Gregory Reilly (GR-6189)
Cassaundra L. Manning (CM-1928)
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-2681

Counsel for Defendant

Dated: 3/27/08

3/28/07
SO ORDERED.
James C. Francis IV
USMJ

4